# **EXHIBIT B**

**NCS's U.S. Patent No. 10,465,445 ("the '445 Patent") and the Innovex Casing Floatation Device**

| Claim 28 of the '445 Patent | Innovex Casing Floatation Device[1] |
|---|---|
| 28.0 | A float tool configured for use in positioning a casing string in a wellbore containing a well fluid, the casing string having an internal diameter that defines a fluid passageway between an upper portion of the casing string and a lower portion of the casing string, the float tool comprising: | Innovex markets a floatation system for use in a casing string placed in a wellbore:<br><br>The Innovex Casing Floatation System allows casing to be floated in the hole, significantly reducing friction. The reduced friction allows the casing to be run at a quicker pace and ensures enough string weight is available to make it to total depth.<br><br>The casing string has an internal diameter for passing fluid between an upper portion of the casing (below in **green**) and lower portion of the casing (below in **red**): |

---

[1] All references to the Innovex Casing Floatation System are found at https://innovex-inc.com/completions/float-subs/.

| | | |
|---|---|---|
| | |  |
| 28.1 | a rupture disc assembly comprising (i) a tubular member having an upper end and a lower end, the upper and lower ends configured for connection in-line with the casing string and | *See* element 28.0. A casing floatation device (i.e. a "rupture disc assembly") is connected to the casing string. The casing floatation device has a tubular member that has an upper end (below in **blue**) and a lower end (below in **orange**). The upper and lower ends of the casing floatation device are connected in-line with the casing string: |

| | | |
|---|---|---|
| 28.2 | (ii) a rupture disc having a rupture burst pressure and in sealing engagement with a region of the tubular member within the upper and lower ends | The casing floatation device (i.e. "rupture disc assembly") includes a rupture disc (below in **purple**), and the disc is in sealing engagement (below in **black**) within the upper and lower ends of the device: |
| 28.3 | wherein the rupture disc is configured to disengage from sealing engagement when exposed to a pressure greater than a hydraulic pressure in the casing string after the casing string has been positioned in the wellbore | *See* element 28.2.  The rupture disc is ruptured by an applied surface pressure:<br><br>The Casing Floatation System incorporates the entire shoe track with integral debris catcher. The Casing Float Sub is typically placed at the top of the curve and allows the lateral casing section to be run dry and float in the hole. Once the casing is landed, applied surface pressure ruptures the Casing Float Sub, thus allowing for a conventional cement job.<br><br>The rupture disc disengages from the sealing engagement when it is exposed to an applied surface pressure that is greater than the hydraulic pressure in the casing string. |

3

| 28.4 | and the region of the tubular member where the rupture disc is attached has a larger internal diameter than the internal diameter of the casing string and is parallel to the internal diameter of the casing string. | The casing floatation device rupture disc (*see* element 28.2) is positioned in a region of the casing floatation device that has a larger internal diameter (below in **gold**) than the internal diameter of the casing string (below in **pink**), and is parallel to the internal diameter of the casing string: |
|---|---|---|

4