AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

NCS MULTISTAGE INC.,
*Plaintiff*

V.                                          Civil Action No. 6:20-CV-00280-ADA

INNOVEX DOWNHOLE SOLUTIONS, INC.,,
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO: INNOVEX DOWNHOLE SOLUTIONS, INC.,
c/o Registered Agent
Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company
211 E. 7th Street, Suite 620
Austin, Texas 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Domingo Manuel Llagostera
> Blank Rome LLP
> 717 Texas Avenue
> Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

s/LEIGH ANNE DIAZ
DEPUTY CLERK



ISSUED ON 2020-04-09 12:23:47

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:20-CV-00280-ADA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
    _____ on *(date)* _____; or

☐ I left the summons at the individual's resident or usual place of abode with *(name)* _____
    _____, a person of suitable age and discretion who resides there,
    on *(date)* _____, and mailed a copy to the individual's last known address; or

**AFFIDAVIT ATTACHED**

☐ I served the summons on *(name of individual)* _____, who is
    designated by law to accept service of process on behalf of *(name of organization)* _____
    _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify): _____
    _____
    _____

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's Address

Additional information regarding attempted sevice, etc:
_____
_____

CAUSE NO. 6:20-CV-00280-ADA

| | | |
|---|---|---|
| NCS MULTISTAGE INC. | § | UNITED STATES DISTRICT COURT |
| ***Plaintiff*** | § | |
| | § | WESTERN DISTRICT OF TEXAS |
| VS. | § | |
| | § | |
| | § | |
| INNOVEX DOWNHOLE | § | |
| SOLUTIONS, INC. | § | |
| ***Defendant*** | § | |

## AFFIDAVIT OF SERVICE

My name is **BARBARA STINNETT**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am a private process server certified by and through the Judicial Branch Certification Commission (JBCC) of Texas, am in all ways competent to make this affidavit, and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is 900 West Avenue, Austin Texas 78701.

**On April 10, 2020 at 9:40 A.M.** – SUMMONS IN A CIVIL ACTION, ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT, EXHIBIT A, EXHIBIT B, NCS MULTISTAGE INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT, STANDING ORDER REGARDING SCHEDULED HEARINGS IN CIVIL CASES IN LIGHT OF CHIEF JUDGE GARCIA'S MARCH 24 AMENDED ORDER, AMENDED ORDER REGARDING COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY THE COVID-19 PANDEMIC, ORDER REGARDING COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY THE COVID-19 PANDEMIC for delivery to **INNOVEX DOWNHOLE SOLUTIONS, INC. c/o REGISTERED AGENT CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY** at 211 E. 7th STREET, SUITE 620, AUSTIN, TEXAS 78701, <u>came to hand</u>.

**On April 10, 2020 at 1:36 P.M.** - THE ABOVE NAMED DOCUMENTS HAVING FIRST ENDORSED THE DATE ON SAME WERE DELIVERED TO: **INNOVEX DOWNHOLE SOLUTIONS, INC. c/o REGISTERED AGENT CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY TO SAMANTHA GUERRA, DESIGNATED AGENT** at 211 E. 7th STREET, SUITE 620, AUSTIN, TRAVIS COUNTY, TEXAS 78701, <u>by personal service.</u>

**FURTHER AFFIANT SAYETH NOT.**

*/s/ Barbara Stinnett*
**BARBARA STINNETT, Affiant**
ID: PSC-1181 expires: 07/31/2020

Before me personally appeared the above-named affiant, who, being first duly sworn, stated upon oath that the above-stated facts are true and correct and within his or her personal knowledge, and subscribed the same on this 10th day of April, 2020.

MICHAEL R STINNETT
Notary ID #126498663
My Commission Expires
December 3, 2022

Notary Public in and for the State of Texas

Scopic Legal Process
DocID: 13316.2