IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| NCS MULTISTAGE INC.,<br><br> *Plaintiff*,<br><br>v.<br><br>INNOVEX DOWNHOLE SOLUTIONS, INC.,<br><br> *Defendants*. | CIVIL ACTION NO. 6:20-CV-280-ADA |

## **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Innovex Downhole Solutions, Inc. respectfully submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1. Defendant is not a subsidiary or affiliate of any publicly owned corporation. The following entities or groups of entities have a financial interest in the outcome of this litigation:

- Innovex Downhole Solutions, Inc.;

- Various Intervale Capital funds as shareholders of Innovex Downhole Solutions, Inc.; and

- Individual minority shareholders of Innovex Downhole Solutions, Inc. totaling less than 10% interest in the company.

Dated: April 24, 2020 			Respectfully submitted,

<div style="margin-left:3em">

*/s/ Matthew W. Cornelia*
Tyler T. VanHoutan (Lead Attorney)
TX State Bar No. 24033290
Eric S. Schlichter
TX State Bar No. 24007994
**MCGUIREWOODS LLP**
600 Travis Street, Suite 7500
Houston, TX 77002
T: (832) 214-9911
F: (832) 214-9924
tvanhoutan@mcguirewoods.com
eschlichter@mcguirewoods.com

Matthew W. Cornelia
TX State Bar No. 24097534
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
T: (214) 932-6400
F: (214) 932-6499
mcornelia@mcguirewoods.com

*Counsel for Defendant*
*Innovex Downhole Solutions, Inc.*

</div>

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically filed on April 24, 2020, using the Court's CM/ECF system, which will send notice of such filing to all counsel of record who are deemed to have consented to electronic service.

                                                  */s/ Matthew W. Cornelia*
                                                  Matthew W. Cornelia