# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| NCS MULTISTAGE INC., § § Plaintiff, § § § § vs. § § INNOVEX DOWNHOLE SOLUTIONS, § INC., § § Defendant. § | CIVIL ACTION NO. 6:20-cv-00280 ADA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff NCS Multistage Inc. and Defendant Innovex Downhole Solutions, Inc., by and through the undersigned counsel, jointly submit this Stipulation of Dismissal With Prejudice of all claims and counterclaims in this action, with each party to bear their own costs and fees.  The parties respectfully request the Court close this action.

Dated:  July 6, 2020

Respectfully submitted,

*/s/ Domingo M. LLagostera*
Domingo M. Llagostera
(*Attorney-in-charge*)
State Bar No. 24070157
**Blank Rome LLP**
717 Texas Avenue, Suite 1400
Houston, TX 77002
Tel.: (713) 632-8682
Fax: (713) 228-6605
DLLagostera@BlankRome.com

**Attorneys for Plaintiff NCS Multistage Inc.**

    */s/ Tyler T. VanHoutan*
Tyler T. VanHoutan (Lead Attorney)
TX State Bar No. 24033290
Eric S. Schlichter
TX State Bar No. 24007994
**MCGUIREWOODS LLP**
600 Travis Street, Suite 7500
Houston, TX 77002
T:  (832) 214-9911
F:  (832) 214-9924
tvanhoutan@mcguirewoods.com
eschlichter@mcguirewoods.com

Matthew W. Cornelia
TX State Bar No. 24097534
**MCGUIREWOODS LLP**
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
T:  (214) 932-6400
F:  (214) 932-6499
mcornelia@mcguirewoods.com

**Attorneys for Defendant
Innovex Downhole Solutions, Inc**.

### CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 6th day of July, 2020, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(b).

    */s/ Domingo M. LLagostera*
    Domingo M. Llagostera